IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICHOLAS TODD FREED,<br>  ID #47726-177,<br>    Movant, | )<br>)<br>) | |
| vs. | )<br>)<br>) | No. 3:17-CV-1666-L<br>No. 3:14-CR-75-L |
| UNITED STATES OF AMERICA,<br>    Respondent. | )<br>) | Referred to U.S. Magistrate Judge[1] |

### RECOMMENDATION REGARDING REQUEST TO PROCEED
### IN FORMA PAUPERIS ON APPEAL

Before the Court is the movant's *Motion to Proceed in Forma Pauperis*, received from the Fifth Circuit Court of Appeals for processing in this Court on March 31, 2020 (doc. 39).

(**X**)   The motion for leave to proceed *in forma pauperis* on appeal should be **DENIED** for the following reasons:

  (**X**)   The Court certifies under Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith, and that the appeal presents no legal points of arguable merit and is therefore frivolous.

**If the Court denies the request to proceed *in forma pauperis* on appeal, the movant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  See Fed. R. App. P. 24(a)(5)**; *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997).

**SO RECOMMENDED** this 1st day of April, 2020.

*/s/ Irma Carrillo Ramirez*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Under 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.