IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICHOLAS TODD FREED, <br> ID # 47726-177 <br><br> Movant <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. **3:17-CV-1666-L** |

## ORDER

On April 1, 2020, Magistrate Judge Irma Carrillo Ramirez entered a Recommendation Regarding Request to Proceed in Forma Pauperis on Appeal ("Recommendation") (Doc. 40), recommending that Movant Nicholas Todd Freed's ("Movant") Motion to Proceed in Forma Pauperis ("Motion") (Doc. 39) should be denied. No objections to the Recommendation were filed.

After review of the Motion, the court agrees with the Recommendation and **accepts** it as that of the court. The court, therefore, **certifies** under Federal Rule of Appellate Procedure 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith and presents no legal points of arguable merit. The court, therefore, **determines** that the appeal is frivolous and, accordingly, **denies** Movant's Motion to Proceed in Forma Pauperis (Doc. 39). Movant may challenge the denial by filing a separate motion to proceed in forma pauperis on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of this order required by Fed. R. App. P. 24(a)(4). See Fed. R. App. P. 24(a)(5); *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997).

**It is so ordered** this 21st day of April, 2020.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Page 2**